JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
515 West Commonwealth Avenue, Suite 210
Fullerton, CA. 92832
Telephone: (714) 773-0611
Facsimile: (714) 519-3830
E-Mail: Ewenike@yahoo.com

TRACY L. WILKISON
ACTING United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
STACY WIESBROCK, CSBN 257920
Special Assistant United States Attorney
   Social Security Administration
   160 Spear St., Suite 800
   San Francisco, CA 94105
   Telephone: (510) 970-4865
   Facsimile: (415) 744-0134
   Email: stacy.wiesbrock@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Maurilio Rosel., JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security<br><br>　　　　　Defendant. | CASE #: SACV 20-cv-02217 -JFW-DFM<br><br>Order Re:  STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' concurrently filed Joint Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 Award of EAJA Fees ("Stipulation").

    IT IS ORDERED that Plaintiff be awarded One Thousand Seven Hundred Dollars and Ninety Five ($1,795), and Forty Four Cents ($0.44) in attorney fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Zero Dollars and Zero Cents ($0.0) in costs, under 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated: September 15, 2021

DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE